IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dorothy E. Murphy | ) | Case No.16-20430 JAD |
|    Debtor | ) | Chapter 13 |
| | ) | Related Docket No. 35 |
| Dorothy E. Murphy | ) | Hearing Date and Time: |
|    Movant | ) | 8/25/16 at 1:30 pm |
|          vs. | ) | |
| | ) | |
| Advanced Disposal, Barclaycard Services, | ) | |
| Best Buy/Citibank, Cerastes LLC, Capital | ) | |
| One Bank USA NA, Chase Freedom, | ) | |
| Citibank/Sears, Claire Fujishima, | ) | |
| Department Stores National Bank, Fox and | ) | |
| Fox Attorneys at Law, KML Law Group, | ) | |
| Michael J. Graml, Hyundai Capital | ) | |
| America, Hyundai Motor Finance, Karen | ) | |
| Luffe, Midland Funding LLC, Macy's, | ) | |
| Mary Tressler, NTB/Citibank, Office of the | ) | |
| United States Trustee, Pennsylvania | ) | |
| Department of Revenue, Peoples Gas, | ) | |
| Portfolio Recovery Associates, Quicken | ) | |
| Loans, Springleaf Financial Services, | ) | |
| Slate/ Chase, Synchrony Bank/JC Penney, | ) | |
| The Hempfield Township Municipal | ) | |
| Authority, Total Card/Merrick Bank, | ) | |
| Ronda J. Winnecour | ) | |
|    Respondents | ) | |

## **CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JULY 15, 2016**

     I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 15, 2016.

     The type of service made on the parties was Service by First-Class Mail.

     If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: July 15, 2016

By:     /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-20430-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jul 14 13:16:12 EDT 2016 | Advanced Disposal<br>PO Box 74008047<br>Chicago, IL 60674-8047 | Barclaycard Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Best Buy/Citibank<br>PO Box 9001007<br>Louisville, KY 40290-1007 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Freedom<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Citibank, NA/Sears Mastercard<br>c/o Alliance One Receivables Management<br>PO Box 3107<br>Southeastern, PA 19398-3107 |
| Claire Fujishima<br>15827 Manhattan Place<br>Gardena, CA 90247-3648 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Craig H. Fox<br>Fox and Fox Attorneys at Law, P.C.<br>706 One Montgomery Plaza<br>425 Swede Street<br>Norristown, PA 19401 |
| Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Michael J. Graml<br>714 Sassafras Street<br>Erie, PA 16501-1010 | Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 |
| Hyundai Motor Finance<br>PO Box 650805<br>Dallas, TX 75265-0805 | KML Law Group PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Karen Luffe<br>526 Wall Avenue<br>Wilmerding, PA 15148-1444 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Macy's<br>PO Box 78008<br>Phoenix, AZ 85062-8008 | Mary Tressler<br>252 Knickerbocker Drive<br>Pittsburgh, PA 15235-4727 |
| Dorothy E. Murphy<br>252 Knickerbocker Drive<br>Pittsburgh, PA 15235-4727 | NTB/Citibank<br>PO Box 9001006<br>Louisville, KY 40290-1006 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans<br>PO Box 6577<br>Carol Stream, IL 60197-6577 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| Slate Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Springleaf Financial Services of Pennsylvani<br>c/o Craig H. Fox, Esquire<br>Fox and Fox Attorneys at Law, P.C.<br>425 Swede Street<br>One Montgomery Plaza, Suite 706<br>Norristown, PA 19401-4852 | Springleaf Financial Services of Pennsylvani<br>c/o Craig H. Fox, Esquire<br>Fox and Fox Attorneys at Law, P.C.<br>One Montgomery Plaza, Suite 706<br>425 Swede Street<br>Norristown, PA 19401 |
| Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank/JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | Systems & Services Technologies, Inc.<br>4315 Pickett Road, Bankruptcy Department<br>St. Joseph, Missouri 64503-1600 |
| The Hempfield Township Municipal Aith<br>1145 Woodward Drive<br>Greensburg, PA 15601 | Total Card Inc./Merrick Bank<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | (d)Springleaf Financial<br>PO Box 742536<br>Cincinnati, OH 45274 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39