IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| IN RE: | ) | |
| DOROTHY E. MURPHY, | ) | |
| **Debtor(s)** | ) | Bankruptcy No. 16-20430-JAD |
| | ) | |
| HYUNDAI MOTOR FINANCE, | ) | Chapter 13 |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | Related To Document No. 43 |
| DOROTHY E. MURPHY | ) | |
| KAREN ANN LUFFE, | ) | |
| **Respondent(s)** | ) | **Response Deadline:  10/16/16** |
| | ) | |
| RONDA J. WINNECOUR | ) | **Hearing Date:  11/2/16 at 10:00 AM** |
| **Trustee** | ) | |

## ORDER OF COURT

AND NOW, this _____28th_____ day of _____October_____, 2016, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is

GRANTED.

Movant Hyundai Motor Finance is permitted to enforce its rights in the property

described as a **2014 Hyundai Sonata** bearing vehicle identification number

5NPEB4ACEH843158, to the extent and in the manner provided by any applicable contract

documents and non-bankruptcy law, including but not limited to repossession of said property.

_____  sjk
Jeffery A. Deller, Chief Judge

FILED
10/28/16 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20430-JAD
Dorothy E. Murphy                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Oct 28, 2016
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db            +Dorothy E. Murphy,    252 Knickerbocker Drive,    Pittsburgh, PA 15235-4727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           cfox@foxandfoxlaw.com,   bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          Kenneth M. Steinberg    on behalf of Debtor Dorothy E. Murphy julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Michael J. Graml    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           mattorney@neo.rr.com,   mjgraml@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Hyundai Motor Finance mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                      TOTAL: 7