IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.16-20430 JAD |
| Dorothy Murphy ) | |
| Debtor ) | Chapter 13 |
| ) | Docket No |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

252 Knickerbocker Drive
Pittsburgh, PA  15235

New Address:

4360 Landings Road
Groveport, OH  43215

                    Respectfully submitted,

April 19, 2017           /s/ Kenneth M. Steinberg
DATE                     Kenneth M. Steinberg, Esquire
                              Attorney for the Debtor

                              STEIDL & STEINBERG
                              Suite 2830 – Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA  15219
                              (412) 391-8000
                              kenny.steinberg@steidl-steinberg.com
                              PA I.D. No. 31244