IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dorothy E. Murphy | : | Case No.16-20430JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 4-2 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Hyundai Capital America | : | |
| d/b/a Hyundai Motor Finance | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM

The Motion to Compel that was filed in the above-referenced case on July 13, 2017 (document #52) is hereby WITHDRAWN. Therefore, the hearing scheduled for August 23, 2017, is cancelled.

Respectfully submitted

8/07/17                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Dorothy E. Murphy : Case No.16-20430JAD
: Chapter 13
    Debtor(s) :
Ronda J. Winnecour, Trustee :
: Re Claim: 4-2
    Movant(s) :
:
    vs. :
Hyundai Capital America :
d/b/a Hyundai Motor Finance : Hearing Date
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Dorothy Murphy
4360 Landings Road
Groveport OH 43215

Kenneth Steinberg, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

Hyundai Capital America
d/b/a Hyundai Motor Finance
PO Box 20809
Fountain Valley CA 92728

Hyundai Capital America
Attn: Ross Williams, CEO
3161 Michelson Drive
Suite 1900
Irvine CA 92612

8/07/17            /S/ Dianne DeFoor___
date            Office of the Chapter 13 Trustee
           US Steel Tower – Suite 3250
           600 Grant Street
           Pittsburgh, PA  15219
           (412) 471-5566