IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DOROTHY E. MURPHY, | : | Bankruptcy No. 16-20430JAD |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 58 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 52 |
| HYUNDAI CAPITAL AMERICA d/b/a HYUNDAI MOTOR FINANCE, | : | |
| Respondent(s). | : | |

## ORDER

**AND NOW**, this **9th** day of **August**, **2017**, it appears to the Court that the movant has filed at Doc. #58 a *Withdrawal of Motion To Compel Creditor To Amend Claim* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 52 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #52 - *Motion To Compel Creditor To Amend Claim* for August 23, 2017, at 10:00 AM at Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is hereby cancelled.

_____ sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
Debtor
Debtor's Counsel
William E. Craig, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

FILED
8/9/17 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020766

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-20430-JAD
Dorothy E. Murphy                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz            Page 1 of 1            Date Rcvd: Aug 09, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +Dorothy E. Murphy,    4360 Landings Road,    Groveport, OH 43125-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg     on behalf of Debtor Dorothy E. Murphy julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Michael J. Graml    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               mattorney@neo.rr.com,    mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8