IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20430 |
| Dorothy E. Murphy, | ) | Chapter 13 |
|    Debtor | ) | Docket No. |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through her attorney Kenneth Steinberg, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Dorothy Murphy, had an address of 252 Knickerbocker Drive Pittsburgh, PA 15235

2. The debtor has since moved and the new address is 71 Meadowbrook Avenue, Greensburg, Pa 15601.

WHEREFORE, the debtor, Dorothy Murphy, respectfully files this Notice of Change of Address.

Respectfully submitted,

August 23, 2017                 /s/Kenneth Steinberg_____
DATE                                Kenneth Steinberg, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          707 Grant Street
                                          Suite 2830
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Kenny.steinberg@steidl-steinberg.com
                                          PA ID #31244