Form 404

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

64 − 62

In re:  
    Bankruptcy Case No.: 16−20430−JAD  
    Doc. #62  
    Chapter: 13  
    Hearing Date: 9/5/17 at 10:00 AM

**Dorothy E. Murphy**  
    Debtor(s)

**CERTIFICATE OF SERVICE OF** Order Scheduling Hearing along with the Motion to Approve Financing to Purchase a Used Motor Vehicle.  
    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____August 31, 2017_____.  
    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____First class mail_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

See attached mailing matrix.

By:    /s/ Kenneth M. Steinberg  
    (Signature)  
    Kenneth M. Steinberg  
    Typed Name  
    707 Grant Street  
    Suite 2830, Gulf Tower  
    Pittsburgh, PA 15219  
    Address  
    412-391-8000  
    Phone No.  
    PA I.D. No. 31244  
    List Bar I.D. and State of Admission

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-20430-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Aug 31 10:31:21 EDT 2017 | Advanced Disposal<br>PO Box 74008047<br>Chicago, IL 60674-8047 | Barclaycard Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Best Buy/Citibank<br>PO Box 9001007<br>Louisville, KY 40290-1007 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Freedom<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Citibank, NA/Sears Mastercard<br>c/o Alliance One Receivables Management<br>PO Box 3107<br>Southeastern, PA 19398-3107 |
| Claire Fujishima<br>15827 Manhattan Place<br>Gardena, CA 90247-3648 | William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Craig H. Fox<br>Fox and Fox Attorneys at Law, P.C.<br>706 One Montgomery Plaza<br>425 Swede Street<br>Norristown, PA 19401 | Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Michael J. Graml<br>714 Sassafras Street<br>Erie, PA 16501-1010 |
| Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Motor Finance<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 | Hyundai Motor Finance<br>PO Box 650805<br>Dallas, TX 75265-0805 |
| KML Law Group PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Karen Luffe<br>526 Wall Avenue<br>Wilmerding, PA 15148-1444 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Macy's<br>PO Box 78008<br>Phoenix, AZ 85062-8008 | Mary Tressler<br>252 Knickerbocker Drive<br>Pittsburgh, PA 15235-4727 | Dorothy E. Murphy<br>71 Meadowbrook Avenue<br>Greensburg, PA 15601-1758 |
| NTB/Citibank<br>PO Box 9001006<br>Louisville, KY 40290-1006 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 |

| | | |
|---|---|---|
| Quicken Loans<br>PO Box 6577<br>Carol Stream, IL 60197-6577 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Slate Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Springleaf Financial Services of Pennsylvani<br>c/o Craig H. Fox, Esquire<br>Fox and Fox Attorneys at Law, P.C.<br>425 Swede Street<br>One Montgomery Plaza, Suite 706<br>Norristown, PA 19401-4852 | Springleaf Financial Services of Pennsylvani<br>c/o Craig H. Fox, Esquire<br>Fox and Fox Attorneys at Law, P.C.<br>One Montgomery Plaza, Suite 706<br>425 Swede Street<br>Norristown, PA 19401 | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank/JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | Systems & Services Technologies, Inc.<br>4315 Pickett Road, Bankruptcy Department<br>St. Joseph, Missouri 64503-1600 | The Hempfield Township Municipal Aith<br>1145 Woodward Drive<br>Greensburg, PA 15601 |
| Total Card Inc./Merrick Bank<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | (d)Springleaf Financial<br>PO Box 742536<br>Cincinnati, OH 45274 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42