IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )       **DEFAULT O/E JAD**
Dorothy E. Murphy                               )
        Debtor                                  )       Bankruptcy No.  16-20430-JAD
                                                )
                                                )       Chapter 13
Dorothy E. Murphy                               )
        Movant                                  )       Related To Doc. No. 62
                vs.                             )
Advanced Disposal, Barclaycard Services,        )
Best buy/Citibank, Cerastes Inc., Capital       )
One Bank USA NA, Chase Freedom,                 )
Citibank, Claire Fujishima, Department          )
Store National Bank, Fox and Fox Attorneys)
At Law, KML Law Group, Michael J.               )
Graml, Hyundai Capital America, Hyundai         )
Motor Finance, Karen Luffe, Midland             )
Funding LLC, Macy's, NTB/Citibank,              )
Morton and Craig LLC, Office of the United)
States Trustee, Pennsylvania Department of )
Revenue, Peoples Gas, Portfolio Recovery        )
Associates, Quicken Loans, Springleaf           )
Financial Services, Slate Chase, Total Card, )
Ronda J. Winnecour                              )
        Respondents                             )

## ORDER OF COURT

AND NOW, to wit, this 5th day of September, 2017, it is hereby ORDERED,

ADJUDGED, and DECREED, that the debtor, Dorothy Murphy is approved to obtain a loan for

no more than $24,000.00 with a monthly payment of no more than $400.00 used to purchase a

used motor vehicle. An amended Chapter 13 plan will be filed to include the new vehicle loan as

soon as the vehicle is purchased. A report of Financing will be filed within 15 days of the

financing.

FILED
9/5/17 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller    mas
Chief U.S. Bakruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-20430-JAD
Dorothy E. Murphy                                                             Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Sep 05, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2017.
db              +Dorothy E. Murphy,    71 Meadowbrook Avenue,    Greensburg, PA 15601-1758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
          cfox@foxandfoxlaw.com,    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Dorothy E. Murphy julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
          Michael J. Graml    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
          mattorney@neo.rr.com,   mjgraml@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                       TOTAL: 8