IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.16-20430 JAD |
| Dorothy Murphy ) | |
|     Debtor ) | Chapter 13 |
| ) | Docket No |

**NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

71 Meadowbrook Avenue
Greensburg, PA  15601

New Address:

4360 Landings Road
Groveport, OH  43215

                                            Respectfully submitted,

October 3, 2017                         /s/ Kenneth M. Steinberg
DATE                                   Kenneth M. Steinberg, Esquire
                                             Attorney for the Debtor

                                             STEIDL & STEINBERG
                                             Suite 2830 – Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 391-8000
                                             kenny.steinberg@steidl-steinberg.com
                                             PA I.D. No. 31244