IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-20430 JAD |
| Dorothy E. Murphy ) | |
|    Debtor ) | Chapter 13 |
| ) | Docket No |
| Dorothy E. Murphy ) | |
|    Movant ) | |
|       vs. ) | |
| No Respondents ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

4360 Landings Road
Groveport, OH  43215

New Address:

126 Sheffield Drive
Delmont, PA  15626

                                      Respectfully submitted,

November 27, 2018               /s/ Kenneth M. Steinberg
DATE                                        Kenneth M. Steinberg, Esquire
                                              Attorney for the Debtor

                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              kenny.steinberg@steidl-steinberg.com
                                              PA I.D. No. 31244