**Form 410**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dorothy E. Murphy**
  Debtor(s)

Bankruptcy Case No.: 16–20430–JAD
Doc. #78
Chapter: 13
Docket No.: 79 – 78
Concil. Conf.: September 19, 2019 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 12, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 19, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 12, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania

In re:                                                                    Case No. 16-20430-JAD
Dorothy E. Murphy                                                         Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: skoz                   Page 1 of 2                  Date Rcvd: Jun 12, 2019
                              Form ID: 410                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db             +Dorothy E. Murphy,    126 Sheffield Drive,    Delmont, PA 15626-1717
cr              Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                 Norristown, PA  19401
14176644       +Advanced Disposal,    PO Box 74008047,    Chicago, IL 60674-8047
14176645       +Barclaycard Services,    PO Box 13337,    Philadelphia, PA 19101-3337
14176646       +Best Buy/Citibank,    PO Box 9001007,    Louisville, KY 40290-1007
14176648       +Chase Freedom,    PO Box 15153,    Wilmington, DE 19886-5153
14176650       +Claire Fujishima,    15827 Manhattan Place,    Gardena, CA 90247-3648
14243483        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14176653       +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14176652       +Karen Luffe,    526 Wall Avenue,    Wilmerding, PA 15148-1444
14176654       +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
14176656       +NTB/Citibank,    PO Box 9001006,    Louisville, KY 40290-1006
14176657        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14176658       +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14176660       +Slate Chase,    PO Box 15153,    Wilmington, DE 19886-5153
14188316       +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                 Norristown, PA 19401-4852
14176663        The Hempfield Township Municipal Aith,    1145 Woodward Drive,    Greensburg, PA 15601
14176664       +Total Card Inc./Merrick Bank,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jun 13 2019 02:41:00
                 Hyundai Motor Finance,    PO Box 20829,    Fountain Valley, CA  92728-0829
14229149       +E-mail/Text: bncmail@w-legal.com Jun 13 2019 02:40:22      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14187663        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 02:37:43
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14176647       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 02:37:43      Capital One Bank NA,
                 PO Box 71083,    Charlotte, NC 28272-1083
14176649       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 13 2019 02:38:51
                 Citibank, NA/Sears Mastercard,    c/o Alliance One Receivables Management,    PO Box 3107,
                 Southeastern, PA 19398-3107
14211277       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jun 13 2019 02:41:00
                 Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
14176651       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jun 13 2019 02:41:00
                 Hyundai Motor Finance,    PO Box 650805,    Dallas, TX 75265-0805
14222943       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2019 02:40:01      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14243898        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 02:37:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14176659       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 13 2019 02:40:33      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14182091        E-mail/PDF: cbp@onemainfinancial.com Jun 13 2019 02:37:38      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,    EVANSVILLE, IN 47731
14176661        E-mail/PDF: cbp@onemainfinancial.com Jun 13 2019 02:37:38      Springleaf Financial,
                 PO Box 742536,    Cincinnati, OH 45274
14176662       +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 02:37:25      Synchrony Bank/JC Penney,
                 PO Box 960090,    Orlando, FL 32896-0090
14228690       +E-mail/Text: bankruptcysst@alorica.com Jun 13 2019 02:38:48
                 Systems & Services Technologies, Inc.,    4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
14176655      ##+Mary Tressler,    252 Knickerbocker Drive,    Pittsburgh, PA 15235-4727
                                                                                     TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2              User: skoz                  Page 2 of 2                   Date Rcvd: Jun 12, 2019
                                  Form ID: 410                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. andygornall@latouflawfirm.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,   bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Dorothy E. Murphy julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Michael J. Graml    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               mattorney@neo.rr.com,   mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```