**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/22/2019

IN RE:

| | |
|---|---|
| DOROTHY E. MURPHY | Case No.16-20430 JAD |
| 126 SHEFFIELD DRIVE | |
| DELMONT,  PA  15626 | Chapter 13 |
| XXX-XX-1138          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/22/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUICKEN LOANS**<br>PO BOX 6577 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:NC | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 6365 |
| CAROL STREAM, IL 60197 | CLAIM: 0.00<br>COMMENT:  RS/DOE*SURR/PL | |
| **SPRINGLEAF FINANCIAL SVCS OF PA INC(*)**<br>PO BOX 3251 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:1-2 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3971 |
| EVANSVILLE, IN 47731-3251 | CLAIM: 0.00<br>COMMENT:  RS/DOE*DFNCY/SCH*DK*AMD*W/22 | |
| **HYUNDAI CAPITAL AMERICA DBA HYUNDAI MO**<br>PO BOX 20809 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:4-3 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1050 |
| FOUNTAIN VALLEY, CA 92728 | CLAIM: 0.00<br>COMMENT:  RS/DOE*OUTSIDE/PL*AMD CL=0*W/24 | |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| PHILADELPHIA, PA 19106 | CLAIM: 0.00<br>COMMENT: | |
| **QUICKEN LOANS**<br>1050 WOODWARD AVE | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| DETROIT, MI 48226 | CLAIM: 0.00<br>COMMENT: | |
| **HEMPFIELD TWP MUNICIPAL AUTH**<br>1146 WOODWARD DR | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number: | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 0000 |
| GREENSBURG, PA 15601-8314 | CLAIM: 0.00<br>COMMENT:  SURR/PL?*NT 2B PD/JSP*15~SWG/SCH | |
| **ADVANCED DISPOSAL**<br>1184 MCCLELLANDTOWN RD | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ETLD |
| MCCLELLANDTOWN, PA 15458 | CLAIM: 0.00<br>COMMENT:  TRASH/SCH | |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:7 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2372 |
| SEATTLE, WA 98124-3978 | CLAIM: 2,422.46<br>COMMENT:  BARCLAYS | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:10 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5822 |
| NORFOLK, VA 23541 | CLAIM: 2,313.48<br>COMMENT:  CITIBANK/BEST BUY | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:2 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9061 |
| CHARLOTTE, NC 28272-1083 | CLAIM: 4,038.48<br>COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  1340 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:9 | ACCOUNT NO.:  9257 |
| | CLAIM:  4,792.60 | |
| NORFOLK, VA  23541 | COMMENT:  4383/SCH*SEARS/CITIBANK | |

| | | |
|---|---|---|
| **CLAIRE FUJISHIMA** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 15827 MANHATTAN PL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GARDENA, CA  90247 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:8 | ACCOUNT NO.:  1490 |
| PO BOX 657 | | |
| | CLAIM:  1,180.83 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  4900/SCH*MACY'S | |

| | | |
|---|---|---|
| **MARY TRESSLER** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 252 KNICKERBOCKER DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15235 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  1011 |
| | CLAIM:  1,367.81 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/NTB | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  2857 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  2922 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR~SLATE/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:5 | ACCOUNT NO.:  3881 |
| PO BOX 2011 | | |
| | CLAIM:  1,655.95 | |
| WARREN, MI  48090 | COMMENT:  8811/SCH*SYNCHRONY/JCPENNEY | |

| | | |
|---|---|---|
| **TCM BANK NA (TOTAL CARD MGMNT)*** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2701 N ROCKY POINT DR | Court Claim Number: | ACCOUNT NO.:  1296 |
| STE 700 | | |
| | CLAIM:  0.00 | |
| TAMPA, FL  33607 | COMMENT:  MERRICK BANK/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.: 0328 |
| | CLAIM: 2,909.63 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: ACNT NUM NT/SCH | |
| | | |
| **SPRINGLEAF FINANCIAL SVCS OF PA INC(\*)** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:1-2 | ACCOUNT NO.: 3971 |
| | CLAIM: 8,328.35 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: DFNCY BAL\*AMD\*SCH @ CID 2 | |
| | | |
| **SYSTEMS & SERVICES TECHNOLOGIES INC(\*)** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT | Court Claim Number:6 | ACCOUNT NO.: 4399 |
| POB 3999\* | | |
| | CLAIM: 872.36 | |
| ST JOSEPH, MO 64503 | COMMENT: NT/SCH | |
| | | |
| **HYUNDAI CAPITAL AMERICA DBA HYUNDAI MO** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 20809 | Court Claim Number:4-3 | ACCOUNT NO.: 1050 |
| | CLAIM: 12,213.17 | |
| FOUNTAIN VALLEY, CA 92728 | COMMENT: DFNCY BAL\*W/3\*DK\*AMD | |
| | | |
| **CME FEDERAL CREDIT UNION** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: VEHICLE |
| 365 SOUTH 4TH ST | Court Claim Number: | ACCOUNT NO.: 1847 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43215 | COMMENT: PMT/PL\*BGN 10-17/CNF\*339.74x(41 MOS REM+2)=LMT | |