Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Dorothy E. Murphy** | : | Case No. 16−20430−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 78 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 10th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 16-20430-JAD
Dorothy E. Murphy                                                                            Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0315-2            User: jhel                   Page 1 of 2                  Date Rcvd: Sep 10, 2019
                                Form ID: 309                 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db          +Dorothy E. Murphy,   126 Sheffield Drive,   Delmont, PA 15626-1717
cr           Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
             Fox and Fox Attorneys at Law, P.C.,   One Montgomery Plaza, Suite 706,    425 Swede Street,
             Norristown, PA  19401
14176644    +Advanced Disposal,   PO Box 74008047,   Chicago, IL 60674-8047
14176646    +Best Buy/Citibank,   PO Box 9001007,   Louisville, KY 40290-1007
14176650    +Claire Fujishima,   15827 Manhattan Place,   Gardena, CA 90247-3648
14243483     Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA  98083-0657
14176653    +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14176652    +Karen Luffe,   526 Wall Avenue,   Wilmerding, PA 15148-1444
14176654    +Macy's,   PO Box 78008,   Phoenix, AZ 85062-8008
14176656    +NTB/Citibank,   PO Box 9001006,   Louisville, KY 40290-1006
14176657     Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
14176658    +Quicken Loans,   PO Box 6577,   Carol Stream, IL 60197-6577
14188316    +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
             Fox and Fox Attorneys at Law, P.C.,   425 Swede Street,   One Montgomery Plaza, Suite 706,
             Norristown, PA 19401-4852
14176663     The Hempfield Township Municipal Aith,   1145 Woodward Drive,   Greensburg, PA 15601
14176664    +Total Card Inc./Merrick Bank,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           EDI: HYI1.COM Sep 11 2019 06:28:00      Hyundai Motor Finance,   PO Box 20829,
             Fountain Valley, CA  92728-0829
14176645    +EDI: TSYS2.COM Sep 11 2019 06:28:00      Barclaycard Services,   PO Box 13337,
             Philadelphia, PA 19101-3337
14229149    +E-mail/Text: bncmail@w-legal.com Sep 11 2019 02:29:53      CERASTES, LLC,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14187663     EDI: CAPITALONE.COM Sep 11 2019 06:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
14176647    +EDI: CAPITALONE.COM Sep 11 2019 06:28:00      Capital One Bank NA,   PO Box 71083,
             Charlotte, NC 28272-1083
14176648    +EDI: CHASE.COM Sep 11 2019 06:28:00      Chase Freedom,   PO Box 15153,
             Wilmington, DE 19886-5153
14176649    +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 11 2019 02:29:29
             Citibank, NA/Sears Mastercard,   c/o Alliance One Receivables Management,   PO Box 3107,
             Southeastern, PA 19398-3107
14211277    +EDI: HYI1.COM Sep 11 2019 06:28:00      Hyundai Capital America DBA,   Hyundai Motor Finance,
             PO Box 20809,   Fountain Valley, CA 92728-0809
14176651    +EDI: HYI1.COM Sep 11 2019 06:28:00      Hyundai Motor Finance,   PO Box 650805,
             Dallas, TX 75265-0805
14222943    +EDI: MID8.COM Sep 11 2019 06:28:00      MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
14243898     EDI: PRA.COM Sep 11 2019 06:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
14176659    +E-mail/Text: bankruptcyteam@quickenloans.com Sep 11 2019 02:29:57      Quicken Loans,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
14182091     EDI: AGFINANCE.COM Sep 11 2019 06:28:00      SPRINGLEAF FINANCIAL SERVICES,   PO BOX 3251,
             EVANSVILLE, IN 47731
14176661     EDI: AGFINANCE.COM Sep 11 2019 06:28:00      Springleaf Financial,   PO Box 742536,
             Cincinnati, OH 45274
14176660    +EDI: CHASE.COM Sep 11 2019 06:28:00      Slate Chase,   PO Box 15153,
             Wilmington, DE 19886-5153
14176662    +EDI: RMSC.COM Sep 11 2019 06:28:00      Synchrony Bank/JC Penney,   PO Box 960090,
             Orlando, FL 32896-0090
14228690     +E-mail/Text: bankruptcysst@alorica.com Sep 11 2019 02:29:26
             Systems & Services Technologies, Inc.,   4315 Pickett Road, Bankruptcy Department,
             St. Joseph, Missouri 64503-1600
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
14176655     ##+Mary Tressler,   252 Knickerbocker Drive,   Pittsburgh, PA 15235-4727
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Sep 10, 2019
                              Form ID: 309            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. andygornall@latouflawfirm.com
          Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           cfox@foxandfoxlaw.com,    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Dorothy E. Murphy julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Michael J. Graml    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           mattorney@neo.rr.com,    mjgraml@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```