**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DOROTHY E. MURPHY | Case No.:16-20430 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/11/2016 and confirmed on 03/18/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,227.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,227.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 873.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,273.12 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS<br>    Acct: 6365 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HYUNDAI CAPITAL AMERICA DBA HYUNDA<br>    Acct: 1050 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CME FEDERAL CREDIT UNION<br>    Acct: 1847 | 0.00 | 8,833.24 | 0.00 | 8,833.24 |
| | | | | 8,833.24 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DOROTHY E. MURPHY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 2,000.00 | 0.00 | 0.00 | 0.00 |
|   HEMPFIELD TWP MUNICIPAL AUTH<br>    Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA INC<br>Acct: 3971 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVANCED DISPOSAL<br>Acct: ETLD | 0.00 | 0.00 | 0.00 | 0.00 |
| CERASTES LLC<br>Acct: 2372 | 2,422.46 | 409.77 | 0.00 | 409.77 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5822 | 2,313.48 | 391.34 | 0.00 | 391.34 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 9061 | 4,038.48 | 683.13 | 0.00 | 683.13 |
| JPMORGAN CHASE BANK NA<br>Acct: 1340 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 9257 | 4,792.60 | 810.69 | 0.00 | 810.69 |
| CLAIRE FUJISHIMA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 1490 | 1,180.83 | 199.74 | 0.00 | 199.74 |
| MARY TRESSLER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 1011 | 1,367.81 | 231.37 | 0.00 | 231.37 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 2857 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 2922 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 3881 | 1,655.95 | 280.11 | 0.00 | 280.11 |
| TCM BANK NA (TOTAL CARD MGMNT)*<br>Acct: 1296 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 0328 | 2,909.63 | 492.18 | 0.00 | 492.18 |
| SPRINGLEAF FINANCIAL SVCS OF PA INC<br>Acct: 3971 | 8,328.35 | 1,408.79 | 0.00 | 1,408.79 |
| SYSTEMS & SERVICES TECHNOLOGIES IN<br>Acct: 4399 | 872.36 | 147.57 | 0.00 | 147.57 |
| HYUNDAI CAPITAL AMERICA DBA HYUNDA<br>Acct: 1050 | 12,213.17 | 2,065.95 | 0.00 | 2,065.95 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 7,120.64 |

TOTAL PAID TO CREDITORS                                                                                         15,953.88

TOTAL CLAIMED
PRIORITY            0.00
SECURED             0.00
UNSECURED      42,095.12

Date: 11/07/2019                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com